# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1486
Lower Tribunal No. 2016-CF-006355-A-O

_____

KEITH DOUGLAS JAMES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Renee A. Roche, Judge.

December 13, 2024

PER CURIAM.

AFFIRMED.  *See Simmons v. State*, 337 So. 3d 470, 471 (Fla. 1st DCA 2022) ("When a jury rejects a claim of self-defense at trial beyond a reasonable doubt, there is no reasonable probability that a trial judge would have rendered a different judgment at a Stand-Your-Ground hearing with a lower standard of proof.").[1]

---

[1] This case was transferred from the Fifth District Court of Appeal to this Court on January 1, 2023.

NARDELLA, WOZNIAK and GANNAM, JJ., concur.

Keith Douglas James, Live Oak, pro se.

Ashley Moody, Attorney General, Tallahassee, and Tabitha Mills, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED